Job #: 41501

| | |
|---|---|
| WINFRED WAMAI, individually and on behalf of the Estate of Adam Titus Wamai, et al.<br><br>*Plaintiff(s)*<br><br>vs.<br><br>INDUSTRIAL BANK OF KOREA<br><br>*Defendant(s)* | Civil Number: 1:21-cv-00325<br><br>Date Filed:<br><br>Client's File No.:<br><br>Court Date: |

STATE OF NEW YORK, COUNTY OF KINGS, SS.:

**AFFIDAVIT OF SERVICE**

**JOSE PEREZ**, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of .
On **1/28/2021**, at **10:55 AM** at: **1250 BROADWAY, 37TH FLOOR, NEW YORK, NY 10001** Deponent served the within **SUMMONS IN A CIVIL ACTION , COMPLAINT**
On: **INDUSTRIAL BANK OF KOREA**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☒ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to C. KYUNG (FRONT DESK) personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Female        Color of skin: ASIAN        Color of hair: BLACK    Glasses:
Age: 35-50         Height: 5ft 4in - 5ft 8in                   Weight: 161-190 Lbs.        Other Features:

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 01/29/2021

**TAMARA TOWSHIN ALAM**
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01AL6369961
QUALIFIED IN KINGS COUNTY

Affidavit Complied By:
HEAVENSENT LEGAL SERVICES

JOSE PEREZ
2004807-DCA

HEAVENSENT LEGAL SERVICES 421-413 N. 7th STREET PHILADELPHIA , PA 19123