UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WINFRED WAIRIMU WAMAI, *et al.*,

                  Plaintiffs,

          -v.-

INDUSTRIAL BANK OF KOREA,

                  Defendant.

Case No. 21-cv-325-DLC

---

## DECLARATION OF J. ALEXANDER LAWRENCE

J. ALEXANDER LAWRENCE, declares under penalty of perjury that the following statements are true and correct:

1.      I am a Partner in the law firm Morrison & Foerster LLP ("Morrison & Foerster") and counsel for Industrial Bank of Korea ("IBK") in this matter.

2.      I submit this declaration in support of IBK's Motion to Dismiss on the Grounds of *Forum Non Conveniens*.

3.      Without providing actual addresses for any plaintiff, counsel for Plaintiffs has provided the state or country of residence for each of the 323 plaintiffs in this action. Counsel for Plaintiffs has requested that the table with the corresponding state or country of residence for each plaintiff be kept confidential and not publicly filed. The data provided by counsel for Plaintiffs reflects that only 54 of the 323 plaintiffs (16.7%) live in the United States, and only three of the plaintiffs live in New York State (and none lives in the states of New Jersey or Connecticut, which border this district).

1

| Foreign Plaintiffs | |
|---|---|
| **Country of Residence** | **No.** |
| Australia | 7 |
| Canada | 6 |
| Kenya | 234 |
| Tanzania | 19 |
| United Kingdom | 3 |
| **Total** | **269** |

| Domestic Plaintiffs | |
|---|---|
| **State of Residence** | **No.** |
| Alabama | 1 |
| Colorado | 1 |
| Georgia | 2 |
| Indiana | 1 |
| Maryland | 8 |
| Massachusetts | 1 |
| Minnesota | 2 |
| Missouri | 1 |
| Nevada | 1 |
| New York | 3 |
| Ohio | 1 |
| Texas | 26 |
| Washington | 2 |
| Wisconsin | 4 |
| **Total** | **54** |

4.     Attached hereto as Exhibit A is a true and correct copy of the Affidavit of IRS Agent Sue Chambers in *United States v. Real Property located at 11621 Alderwood Loop, Anchorage, Alaska et al*, No. 3:14-cv-00065-TMB (D. Alaska May, 2, 2014) (ECF No. 3), a federal civil forfeiture action against assets allegedly purchased with proceeds of Kenneth Zong's criminal scheme.

5.     Attached hereto as Exhibit B is a true and correct copy of the Indictment in *United States v. Zong*, No. 3:16-cr-142 (D. Alaska Dec. 14, 2016) (ECF No. 2).

6.     Attached hereto as Exhibit C is a true and correct copy of the most recent Status Report in *United States v. Zong*, No. 3:16-cr-142 (D. Alaska March 11, 2021) (ECF No. 23).

2

7.     Attached hereto as Exhibit D is a true and correct copy of the Deferred Prosecution Agreement in *United States v. Industrial Bank of Korea*, 20-cr-00257-DLC (S.D.N.Y. April 27, 2020) (ECF No. 5).

8.     Attached hereto as Exhibit E is a true and correct copy of the Mutual Legal Assistance Treaty Between the United States of America and the Republic of Korea, signed at Washington November 23, 1993.

9.     Attached hereto as Exhibit F is a true and correct copy of FDIC, Industrial Bank of Korea Resolution Plan for U.S. Operations Public Section at 2 (Dec. 31, 2018), *available at* https://www.fdic.gov/regulations/reform/resplans/plans/ibk-165-1812.pdf.

10.     Attached hereto as Exhibit G is a true and correct copy of webpages from the World Justice Project: (1) World Justice Project, *About Us*, *available at* https://worldjusticeproject.org/about-us; (2) World Justice Project, *Our Approach*, *available at* https://worldjusticeproject.org/about-us/overview/our-approach; (3) World Justice Project, *WJP Rule of Law Index: Republic of Korea*, *available at* https://worldjusticeproject.org/rule-of-law-index/factors/2020/Republic%20of%20Korea/; (4) World Justice Project, *WJP Rule of Law Index: United States*, *available at* https://worldjusticeproject.org/rule-of-law-index/factors/2020/United%20States/; and (5) World Justice Project, *WJP Rule of Law index: Turkey*, *available at* https://worldjusticeproject.org/rule-of-law-index/factors/2020/Turkey/.

11.     Attached hereto as Exhibit H is a true and correct copy of the Observatory of Economic Complexity's Overview of South Korea, *available at* https://oec.world/en/profile/country/kor.

3

12.     Attached hereto as Exhibit I is a true and correct copy of the United States Census Bureau, Top Trading Partners for the United States, *available at* https://www.census.gov/foreign-trade/statistics/highlights/top/top2012yr.html.

13.     Attached hereto as Exhibit J is a true and correct copy of Statista's Leading South Korean Companies on the Fortune Global 500 Ranking in 2019 (Aug. 31, 2020), *available at* https://www.statista.com/statistics/944811/south-korea-fortune-500-leading-companies.

Executed this 13th day of April, 2021, at New York, New York.

*/s/ J. Alexander Lawrence*
J. Alexander Lawrence

4