# Exhibit C

E. BRYAN WILSON
Acting United States Attorney

JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jonas.walker@usdoj.gov

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:16-cr-142 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KENNETH ZONG, | ) |
| | ) |
| Defendant. | ) |
| | ) |

_____

**STATUS REPORT (Dkt. 23)**

The United States, pursuant to the order at Dkt. 23,[1] reports as follows:

As far as undersigned is aware, the Defendant remains in Korea. The Government

has no new information to report in this forum. The Government respectfully recommends

---

[1] MMS TEXT ORDER as to Kenneth Zong: The Court reviewed and accepts the Status Report re 22 . Status Report due by 3/11/2021 or earlier if a significant event occurs. (JBO, CHAMBERS STAFF) (Entered: 01/28/2021)

the Court order another status report be filed approximately two months in the future, or

sooner if any significant events occur.

RESPECTFULLY SUBMITTED March 11, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Jonas M. Walker
JONAS M. WALKER
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2021, a true and correct copy of the foregoing was served electronically on the following:

Jane Imholte

s/ Jonas M. Walker
Office of the U.S. Attorney

U.S. v. Zong
3:16-cr-142

2