# Exhibit G

  

# About Us

The World Justice Project® (WJP) is an independent, multidisciplinary organization working to advance the rule of law worldwide.

Effective rule of law reduces corruption, combats poverty and disease, and protects people from injustices large and small. It is the foundation for communities of justice, opportunity, and peace—underpinning development, accountable government, and respect for fundamental rights.

Traditionally, the rule of law has been viewed as the domain of lawyers and judges. But everyday issues of safety, rights, justice, and governance affect us all; everyone is a stakeholder in the rule of law.

Based on this, WJP's mutually reinforcing lines of business employ a multi-disciplinary approach through original research and data, an active and global network, and practical, locally led programs to advance the rule of law worldwide.

Founded by William H. Neukom in 2006 as a presidential initiative of the American Bar Association (ABA), and with the initial support of 21 other strategic partners, the World Justice Project transitioned into an independent 501(c)(3) non-profit organization in 2009. Its offices are located in Washington DC, Seattle, Singapore, and Mexico City.



## Our Approach

  

# Our Approach

Traditionally, the rule of law has been viewed as the domain of lawyers and judges. But everyday issues of safety, rights, justice, and governance affect us all; everyone is a stakeholder in the rule of law.

WJP's mutually-reinforcing lines of work therefore employ a multidisciplinary approach through original research and data, an active and global network, and practical, locally-led programs to advance the rule of law worldwide.

**WJP Rule of Law Index** (https://worldjusticeproject.org/our-work/research-and-data/wjp-rule-law-index-2020): The *World Justice Project Rule of Law Index®* is the world's leading source for original data on the rule of law. The 2020 edition covers 128 countries and jurisdictions, relying on more than 130,000 household and 4,000 expert surveys to measure how the rule of law is experienced and perceived in practical, everyday situations by the general public worldwide. Index findings have been cited by heads of state, chief justices, business leaders, and public officials, including coverage by more than 2,500 media outlets worldwide.

**Engagement** (http://live-world-justice-project.no10web.com/our-work/engagement): Engagement efforts include connecting and developing a global network, organizing and leading strategic convenings, and incubating practical, locally-led programs. At our World Justice Forum, regional conferences, and single-country workshops, advocates come together to learn about the rule of law, build their networks, and design pragmatic solutions to local rule of law challenges. In addition, the World Justice Challenge provides seed grants to support on-the-ground programs addressing discrimination, corruption, violence, and more.

**Research and Scholarship** (/our-work/research-scholarship): The WJP's Research & Scholarship work supports research about the meaning and measurement of the rule of law, and how it matters for economic, socio-political, and human development. The Rule of Law Research Consortium (RLRC) is a community of leading scholars from a variety of fields harnessing diverse methods and approaches to produce research on the rule of law and its effects on society.

## About Us (/about-us)

Overview (/about-us/overview)    —

What is the Rule of Law? (/about-us/overview/what-rule-law)

Our Approach (/about-us/overview/our-approach)

Mission (/about-us/overview/mission)

Publications (/our-work/publications)

Who We Are (/about-us/who-we-are)    +

Connect (/about-us/connect)    +



# WJP Rule of Law Index

**WJP Rule of Law Index**

The scores and rankings of the eight factors and 44 sub-factors of the *WJP Rule of Law Index* draw from two sources of data collected by the WJP:

A General Population Poll (GPP) conducted by leading local polling companies, using a representative sample of 1,000 respondents in each country and jurisdiction;

Qualified Respondents' Questionnaires (QRQs) consisting of closed-ended questions completed by in-country legal practitioners, experts, and academics with expertise in civil and commercial law; constitutional law, civil liberties, and criminal law; labor law; and public health.

Explore factor performance globally and by country using the map and left-hand factor menu.

## FACTOR 1: CONSTRAINTS ON GOVERNMENT POWERS

Factor 1 of the *WJP Rule of Law Index* measures the extent to which those who govern are bound by law. It comprises the means, both constitutional and institutional, by which the powers of the government and its officials and agents are limited and held accountable under the law. It also includes non-governmental checks on the government's power, such as a free and independent press.



REPUBLIC OF KOREA, 21 / 128

## FACTOR 2: ABSENCE OF CORRUPTION

Factor 2 of the *WJP Rule of Law Index* measures the absence of corruption in government. The factor considers three forms of corruption: bribery, improper influence by public or private interests, and misappropriation of public funds or other resources. These three forms of corruption are examined with respect to government officers in the executive branch, the judiciary, the military, police, and the legislature.



REPUBLIC OF KOREA, 28 / 128

## FACTOR 3: OPEN GOVERNMENT

Factor 3 of the *WJP Rule of Law Index* measures the openness of government defined by the extent to which a government shares information, empowers people with tools to hold the government accountable, and fosters citizen participation in public policy deliberations. This factor measures whether basic laws and information on legal rights are publicized and evaluates the quality of information published by the government.



REPUBLIC OF KOREA, 20 / 128

## FACTOR 4: FUNDAMENTAL RIGHTS

Factor 4 of the *WJP Rule of Law Index* recognizes that a system of positive law that fails to respect core human rights established under international law is at best "rule by law," and does not deserve to be called a rule of law system. Since there are many other indices that address human rights, and because it would be impossible for the Index to assess adherence to the full range of rights, this factor focuses on a relatively modest menu of rights that are firmly established under the United Nations Universal Declaration of Human Rights and are most closely related to rule of law concerns.



REPUBLIC OF KOREA, 22 / 128

## FACTOR 5: ORDER AND SECURITY

Factor 5 of the *WJP Rule of Law Index* measures how well a society ensures the security of persons and property. Security is one of the defining aspects of any rule of law society and is a fundamental function of the state. It is also a precondition for the realization of the rights and freedoms that the rule of law seeks to advance.



REPUBLIC OF KOREA, 23 / 128

## FACTOR 6: REGULATORY ENFORCEMENT

Factor 6 of the *WJP Rule of Law Index* measures the extent to which regulations are fairly and effectively implemented and enforced. Regulations, both legal and administrative, structure behaviors within and outside of the government. This factor does not assess which activities a government chooses to regulate, nor does it consider how much regulation of a particular activity is appropriate. Rather, it examines how regulations are implemented and enforced.



REPUBLIC OF KOREA, 19 / 128

## FACTOR 7: CIVIL JUSTICE

Factor 7 of the *WJP Rule of Law Index* measures whether ordinary people can resolve their grievances peacefully and effectively through the civil justice system. It measures whether civil justice systems are accessible and affordable as well as free of discrimination, corruption, and improper

influence by public officials. It examines whether court proceedings are conducted without unreasonable delays and whether decisions are enforced effectively. It also measures the accessibility, impartiality, and effectiveness of alternative dispute resolution mechanisms.



**REPUBLIC OF KOREA, 13 / 128**

## FACTOR 8: CRIMINAL JUSTICE

Factor 8 of the *WJP Rule of Law Index* evaluates a country's criminal justice system. An effective criminal justice system is a key aspect of the rule of law, as it constitutes the conventional mechanism to redress grievances and bring action against individuals for offenses against society. An assessment of the delivery of criminal justice should take into consideration the entire system, including the police, lawyers, prosecutors, judges, and prison officers.



**REPUBLIC OF KOREA, 18 / 128**

GOVERNMENT POWERS ▶

 # Civil Justice

### Civil Justice

Factor 7 of the *WJP Rule of Law Index* measures whether ordinary people can resolve their grievances peacefully and effectively through the civil justice system. It measures whether civil justice systems are accessible and affordable as well as free of discrimination, corruption, and improper influence by public officials. It examines whether court proceedings are conducted without unreasonable delays and whether decisions are enforced effectively. It also measures the accessibility, impartiality, and effectiveness of alternative dispute resolution mechanisms.

## 7.1 PEOPLE CAN ACCESS AND AFFORD CIVIL JUSTICE

Measures the accessibility and affordability of civil courts, including whether people are aware of available remedies; can access and afford legal advice and representation; and can access the court system without incurring unreasonable fees, encountering unreasonable procedural hurdles, or experiencing physical or linguistic barriers.

**REPUBLIC OF KORE**



## 7.2 CIVIL JUSTICE IS FREE OF DISCRIMINATION

Measures whether the civil justice system discriminates in practice based on socio-economic status, gender, ethnicity, religion, national origin, sexual orientation, or gender identity.

**REPUBLIC OF KOREA, 21 / 128**



## 7.3 CIVIL JUSTICE IS FREE OF CORRUPTION

Measures whether the civil justice system is free of bribery and improper influence by private interests.



## 7.4 CIVIL JUSTICE IS FREE OF IMPROPER GOVERNMENT INFLUENCE

Measures whether the civil justice system is free of improper government or political influence.



## 7.5 CIVIL JUSTICE IS NOT SUBJECT TO UNREASONABLE DELAY

Measures whether civil justice proceedings are conducted and judgments are produced in a timely manner without unreasonable delay.



## 7.6. CIVIL JUSTICE IS EFFECTIVELY ENFORCED

Measures the effectiveness and timeliness of the enforcement of civil justice decisions and judgments in practice.



## 7.7 ALTERNATIVE DISPUTE RESOLUTION MECHANISMS ARE ACCESSIBLE, IMPARTIAL, AND EFFECTIVE

Measures whether alternative dispute resolution mechanisms (ADRs) are affordable, efficient, enforceable, and free of corruption.



CRIMINAL JUSTICE ▶



# WJP Rule of Law Index

**WJP Rule of Law Index**

The scores and rankings of the eight factors and 44 sub-factors of the *WJP Rule of Law Index* draw from two sources of data collected by the WJP:

A General Population Poll (GPP) conducted by leading local polling companies, using a representative sample of 1,000 respondents in each country and jurisdiction;

Qualified Respondents' Questionnaires (QRQs) consisting of closed-ended questions completed by in-country legal practitioners, experts, and academics with expertise in civil and commercial law; constitutional law, civil liberties, and criminal law; labor law; and public health.

Explore factor performance globally and by country using the map and left-hand factor menu.

## FACTOR 1: CONSTRAINTS ON GOVERNMENT POWERS

Factor 1 of the *WJP Rule of Law Index* measures the extent to which those who govern are bound by law. It comprises the means, both constitutional and institutional, by which the powers of the government and its officials and agents are limited and held accountable under the law. It also includes non-governmental checks on the government's power, such as a free and independent press.



## FACTOR 2: ABSENCE OF CORRUPTION

Factor 2 of the *WJP Rule of Law Index* measures the absence of corruption in government. The factor considers three forms of corruption: bribery, improper influence by public or private interests, and misappropriation of public funds or other resources. These three forms of corruption are examined with respect to government officers in the executive branch, the judiciary, the military, police, and the legislature.



## FACTOR 3: OPEN GOVERNMENT

Factor 3 of the *WJP Rule of Law Index* measures the openness of government defined by the extent to which a government shares information, empowers people with tools to hold the government accountable, and fosters citizen participation in public policy deliberations. This factor measures whether basic laws and information on legal rights are publicized and evaluates the quality of information published by the government.



## FACTOR 4: FUNDAMENTAL RIGHTS

Factor 4 of the *WJP Rule of Law Index* recognizes that a system of positive law that fails to respect core human rights established under international law is at best "rule by law," and does not deserve to be called a rule of law system. Since there are many other indices that address human rights, and because it would be impossible for the Index to assess adherence to the full range of rights, this factor focuses on a relatively modest menu of rights that are firmly established under the United Nations Universal Declaration of Human Rights and are most closely related to rule of law concerns.



## FACTOR 5: ORDER AND SECURITY

Factor 5 of the *WJP Rule of Law Index* measures how well a society ensures the security of persons and property. Security is one of the defining aspects of any rule of law society and is a fundamental function of the state. It is also a precondition for the realization of the rights and freedoms that the rule of law seeks to advance.



## FACTOR 6: REGULATORY ENFORCEMENT

Factor 6 of the *WJP Rule of Law Index* measures the extent to which regulations are fairly and effectively implemented and enforced. Regulations, both legal and administrative, structure behaviors within and outside of the government. This factor does not assess which activities a government chooses to regulate, nor does it consider how much regulation of a particular activity is appropriate. Rather, it examines how regulations are implemented and enforced.



## FACTOR 7: CIVIL JUSTICE

Factor 7 of the *WJP Rule of Law Index* measures whether ordinary people can resolve their grievances peacefully and effectively through the civil justice system. It measures whether civil justice systems are accessible and affordable as well as free of discrimination, corruption, and improper

influence by public officials. It examines whether court proceedings are conducted without unreasonable delays and whether decisions are enforced effectively. It also measures the accessibility, impartiality, and effectiveness of alternative dispute resolution mechanisms.



## FACTOR 8: CRIMINAL JUSTICE

Factor 8 of the *WJP Rule of Law Index* evaluates a country's criminal justice system. An effective criminal justice system is a key aspect of the rule of law, as it constitutes the conventional mechanism to redress grievances and bring action against individuals for offenses against society. An assessment of the delivery of criminal justice should take into consideration the entire system, including the police, lawyers, prosecutors, judges, and prison officers.



GOVERNMENT POWERS ▶



## ⚖️ Civil Justice

**Civil Justice**

Factor 7 of the *WJP Rule of Law Index* measures whether ordinary people can resolve their grievances peacefully and effectively through the civil justice system. It measures whether civil justice systems are accessible and affordable as well as free of discrimination, corruption, and improper influence by public officials. It examines whether court proceedings are conducted without unreasonable delays and whether decisions are enforced effectively. It also measures the accessibility, impartiality, and effectiveness of alternative dispute resolution mechanisms.

### 7.1 PEOPLE CAN ACCESS AND AFFORD CIVIL JUSTICE

Measures the accessibility and affordability of civil courts, including whether people are aware of available remedies; can access and afford legal advice and representation; and can access the court system without incurring unreasonable fees, encountering unreasonable procedural hurdles, or experiencing physical or linguistic barriers.



UNITED STATES, 109 / 128

### 7.2 CIVIL JUSTICE IS FREE OF DISCRIMINATION

Measures whether the civil justice system discriminates in practice based on socio-economic status, gender, ethnicity, religion, national origin, sexual orientation, or gender identity.



UNITED STATES, 115 / 128

### 7.3 CIVIL JUSTICE IS FREE OF CORRUPTION

Measures whether the civil justice system is free of bribery and improper influence by private interests.



## 7.4 CIVIL JUSTICE IS FREE OF IMPROPER GOVERNMENT INFLUENCE

Measures whether the civil justice system is free of improper government or political influence.



## 7.5 CIVIL JUSTICE IS NOT SUBJECT TO UNREASONABLE DELAY

Measures whether civil justice proceedings are conducted and judgments are produced in a timely manner without unreasonable delay.



## 7.6. CIVIL JUSTICE IS EFFECTIVELY ENFORCED

Measures the effectiveness and timeliness of the enforcement of civil justice decisions and judgments in practice.



## 7.7 ALTERNATIVE DISPUTE RESOLUTION MECHANISMS ARE ACCESSIBLE, IMPARTIAL, AND EFFECTIVE

Measures whether alternative dispute resolution mechanisms (ADRs) are affordable, efficient, enforceable, and free of corruption.



CRIMINAL JUSTICE ▶



# WJP Rule of Law Index

**WJP Rule of Law Index**

The scores and rankings of the eight factors and 44 sub-factors of the *WJP Rule of Law Index* draw from two sources of data collected by the WJP:

A General Population Poll (GPP) conducted by leading local polling companies, using a representative sample of 1,000 respondents in each country and jurisdiction;

Qualified Respondents' Questionnaires (QRQs) consisting of closed-ended questions completed by in-country legal practitioners, experts, and academics with expertise in civil and commercial law; constitutional law, civil liberties, and criminal law; labor law; and public health.

Explore factor performance globally and by country using the map and left-hand factor menu.

### FACTOR 1: CONSTRAINTS ON GOVERNMENT POWERS

Factor 1 of the *WJP Rule of Law Index* measures the extent to which those who govern are bound by law. It comprises the means, both constitutional and institutional, by which the powers of the government and its officials and agents are limited and held accountable under the law. It also includes non-governmental checks on the government's power, such as a free and independent press.



### FACTOR 2: ABSENCE OF CORRUPTION

Factor 2 of the *WJP Rule of Law Index* measures the absence of corruption in government. The factor considers three forms of corruption: bribery, improper influence by public or private interests, and misappropriation of public funds or other resources. These three forms of corruption are examined with respect to government officers in the executive branch, the judiciary, the military, police, and the legislature.



## FACTOR 3: OPEN GOVERNMENT

Factor 3 of the *WJP Rule of Law Index* measures the openness of government defined by the extent to which a government shares information, empowers people with tools to hold the government accountable, and fosters citizen participation in public policy deliberations. This factor measures whether basic laws and information on legal rights are publicized and evaluates the quality of information published by the government.



## FACTOR 4: FUNDAMENTAL RIGHTS

Factor 4 of the *WJP Rule of Law Index* recognizes that a system of positive law that fails to respect core human rights established under international law is at best "rule by law," and does not deserve to be called a rule of law system. Since there are many other indices that address human rights, and because it would be impossible for the Index to assess adherence to the full range of rights, this factor focuses on a relatively modest menu of rights that are firmly established under the United Nations Universal Declaration of Human Rights and are most closely related to rule of law concerns.



## FACTOR 5: ORDER AND SECURITY

Factor 5 of the *WJP Rule of Law Index* measures how well a society ensures the security of persons and property. Security is one of the defining aspects of any rule of law society and is a fundamental function of the state. It is also a precondition for the realization of the rights and freedoms that the rule of law seeks to advance.



## FACTOR 6: REGULATORY ENFORCEMENT

Factor 6 of the *WJP Rule of Law Index* measures the extent to which regulations are fairly and effectively implemented and enforced. Regulations, both legal and administrative, structure behaviors within and outside of the government. This factor does not assess which activities a government chooses to regulate, nor does it consider how much regulation of a particular activity is appropriate. Rather, it examines how regulations are implemented and enforced.



## FACTOR 7: CIVIL JUSTICE

Factor 7 of the *WJP Rule of Law Index* measures whether ordinary people can resolve their grievances peacefully and effectively through the civil justice system. It measures whether civil justice systems are accessible and affordable as well as free of discrimination, corruption, and improper

influence by public officials. It examines whether court proceedings are conducted without unreasonable delays and whether decisions are enforced effectively. It also measures the accessibility, impartiality, and effectiveness of alternative dispute resolution mechanisms.



## FACTOR 8: CRIMINAL JUSTICE

Factor 8 of the *WJP Rule of Law Index* evaluates a country's criminal justice system. An effective criminal justice system is a key aspect of the rule of law, as it constitutes the conventional mechanism to redress grievances and bring action against individuals for offenses against society. An assessment of the delivery of criminal justice should take into consideration the entire system, including the police, lawyers, prosecutors, judges, and prison officers.




GOVERNMENT POWERS



# ⚖ Civil Justice

**Civil Justice**

Factor 7 of the *WJP Rule of Law Index* measures whether ordinary people can resolve their grievances peacefully and effectively through the civil justice system. It measures whether civil justice systems are accessible and affordable as well as free of discrimination, corruption, and improper influence by public officials. It examines whether court proceedings are conducted without unreasonable delays and whether decisions are enforced effectively. It also measures the accessibility, impartiality, and effectiveness of alternative dispute resolution mechanisms.

## 7.1 PEOPLE CAN ACCESS AND AFFORD CIVIL JUSTICE

Measures the accessibility and affordability of civil courts, including whether people are aware of available remedies; can access and afford legal advice and representation; and can access the court system without incurring unreasonable fees, encountering unreasonable procedural hurdles, or experiencing physical or linguistic barriers.



TURKEY, 68 / 128

## 7.2 CIVIL JUSTICE IS FREE OF DISCRIMINATION

Measures whether the civil justice system discriminates in practice based on socio-economic status, gender, ethnicity, religion, national origin, sexual orientation, or gender identity.



TURKEY, 126 / 128

## 7.3 CIVIL JUSTICE IS FREE OF CORRUPTION

Measures whether the civil justice system is free of bribery and improper influence by private interests.



TURKEY, 65 / 128

## 7.4 CIVIL JUSTICE IS FREE OF IMPROPER GOVERNMENT INFLUENCE

Measures whether the civil justice system is free of improper government or political influence.



TURKEY, 124 / 128

## 7.5 CIVIL JUSTICE IS NOT SUBJECT TO UNREASONABLE DELAY

Measures whether civil justice proceedings are conducted and judgments are produced in a timely manner without unreasonable delay.



TURKEY, 100 / 128

## 7.6. CIVIL JUSTICE IS EFFECTIVELY ENFORCED

Measures the effectiveness and timeliness of the enforcement of civil justice decisions and judgments in practice.



TURKEY, 41 / 128

## 7.7 ALTERNATIVE DISPUTE RESOLUTION MECHANISMS ARE ACCESSIBLE, IMPARTIAL, AND EFFECTIVE

Measures whether alternative dispute resolution mechanisms (ADRs) are affordable, efficient, enforceable, and free of corruption.



TURKEY, 58 / 128

CRIMINAL JUSTICE ▶