# Exhibit H



Value    Trade Value    Growth    Growth (%)

Depth    HS2    HS4    HS6

Year    2019

TOP EXPORT (2019)    TOP DESTINATION (2019)

Integrated Circuits    China

$85.2B    $136B

In 2019, South Korea exported a total of $555B, making it the number 6 exporter in the world. During the last five reported years the exports of South Korea have changed by -$27.2B from $582B in 2014 to $555B in 2019.

The most recent exports are led by Integrated Circuits ($85.2B), Cars ($40.8B), Refined Petroleum ($38.9B), Vehicle Parts ($18.5B), and Passenger and Cargo Ships ($17.1B). The most common destination for the exports of South Korea are China ($136B), United States ($74.8B), Vietnam ($47.8B), Hong Kong ($31.6B), and Japan ($28.3B).

**Explore Visualizations**

Data from BACI HS6 REV. 1992 (1995 - 2018).

oec.world/en/profile/country/kor

| | | |
|---|---|---|
| Value | Trade Value | Growth | Growth (%) |
| Depth | HS2 | HS4 | HS6 |
| Year | 2019 | | |

**TOP IMPORT (2019)**

Crude Petroleum
$67.4B

**TOP ORIGIN (2019)**

China
$108B

In 2019 South Korea imported $485B, making it the number 9 trade destination in the world. During the last five reported years the imports of South Korea changed by -$20.6B from $506B in 2014 to $485B in 2019.

The most recent imports of South Korea are led by Crude Petroleum ($67.4B), Integrated Circuits ($34.3B), Petroleum Gas ($21.8B), Refined Petroleum ($18.4B), and Coal Briquettes ($11.8B). The most common import partners for South Korea are China ($108B), United States ($57.6B), Japan ($44.9B), Vietnam ($20.3B), and Saudi Arabia ($19.5B).

**Explore Visualizations**

Data from BACI HS6 REV. 1992 (1995 - 2018).



oec.world/en/profile/country/kor

Flow     Exports     Imports

Period    1 year

FASTEST GROWING EXPORT MARKETS (2018 - 2019)

Vietnam
$3.03B (+ 6.77%)

United States
$1.42B (+ 1.93%)

Marshall Islands
$1.4B (+ 68.7%)

FASTEST GROWING IMPORT MARKETS (2018 - 2019)

United States
$1.68B (+ 3.01%)

Vietnam
$1.48B (+ 7.88%)

Mexico
$876M (+ 19.2%)

Data from BACI HS6 REV. 1992 (1995 - 2018)



Total Export Growth by Market (2018 - 2019)



oec.world/en/profile/country/kor