# Exhibit I

(//www.census.gov)

**You are here: Census.gov (/) › Business & Industry (/econ/www/index.html) › Foreign Trade (/foreign-trade/www/) › U.S. International Trade Data**

## Top Trading Partners - December 2020

*Data are* **goods** *only, on a Census Basis, in billions of dollars, unrevised.*

For a full list of all trading partners and their rankings, see supplemental exhibit 4 in the FT-900 (/foreign-trade/Press-Release/ft900_index.html).

Total Trade | Exports | Imports | Surpluses | Deficits

## Year-to-Date Total Trade

| Rank | Country | Exports | Imports | Total Trade | Percent of Total Trade |
|------|---------|---------|---------|-------------|------------------------|
| --- | **Total, All Countries** | **1,431.6** | **2,336.6** | **3,768.2** | **100.0%** |
| --- | **Total, Top 15 Countries** | **1,013.1** | **1,843.5** | **2,856.7** | **75.8%** |
| 1 | China (https://www.census.gov/foreign-trade/balance/c5700.html) | 124.6 | 435.4 | 560.1 | 14.9% |
| 2 | Mexico (https://www.census.gov/foreign-trade/balance/c2010.html) | 212.7 | 325.4 | 538.1 | 14.3% |
| 3 | Canada (https://www.census.gov/foreign-trade/balance/c1220.html) | 255.4 | 270.4 | 525.8 | 14.0% |
| 4 | Japan (https://www.census.gov/foreign-trade/balance/c5880.html) | 64.1 | 119.5 | 183.6 | 4.9% |
| 5 | Germany (https://www.census.gov/foreign-trade/balance/c4280.html) | 57.8 | 115.1 | 172.9 | 4.6% |
| 6 | Korea, South (https://www.census.gov/foreign-trade/balance/c5800.html) | 51.2 | 76.0 | 127.2 | 3.4% |
| 7 | United Kingdom (https://www.census.gov/foreign-trade/balance/c4120.html) | 59.0 | 50.2 | 109.2 | 2.9% |
| 8 | Switzerland (https://www.census.gov/foreign-trade/balance/c4419.html) | 18.0 | 74.8 | 92.8 | 2.5% |
| 9 | Taiwan (https://www.census.gov/foreign-trade/balance/c5830.html) | 30.5 | 60.4 | 90.9 | 2.4% |
| 10 | Vietnam (https://www.census.gov/foreign-trade/balance/c5520.html) | 10.0 | 79.6 | 89.6 | 2.4% |
| 11 | India (https://www.census.gov/foreign-trade/balance/c5330.html) | 27.4 | 51.2 | 78.6 | 2.1% |
| 12 | Ireland (https://www.census.gov/foreign-trade/balance/c4190.html) | 9.6 | 65.5 | 75.0 | 2.0% |
| 13 | Netherlands (https://www.census.gov/foreign-trade/balance/c4210.html) | 45.5 | 27.5 | 73.0 | 1.9% |
| 14 | France (https://www.census.gov/foreign-trade/balance/c4279.html) | 27.4 | 43.0 | 70.4 | 1.9% |
| 15 | Italy (https://www.census.gov/foreign-trade/balance/c4759.html) | 19.9 | 49.5 | 69.4 | 1.8% |

## Year-to-Date Exports

| Rank | Country | Exports | Percent of Total Exports |
|------|---------|---------|--------------------------|
| --- | **Total, All Countries** | **1,431.6** | **100.0%** |
| --- | **Total, Top 15 Countries** | **1,069.4** | **74.7%** |
| 1 | Canada (https://www.census.gov/foreign-trade/balance/c1220.html) | 255.4 | 17.8% |
| 2 | Mexico (https://www.census.gov/foreign-trade/balance/c2010.html) | 212.7 | 14.9% |
| 3 | China (https://www.census.gov/foreign-trade/balance/c5700.html) | 124.6 | 8.7% |
| 4 | Japan (https://www.census.gov/foreign-trade/balance/c5880.html) | 64.1 | 4.5% |
| 5 | United Kingdom (https://www.census.gov/foreign-trade/balance/c4120.html) | 59.0 | 4.1% |
| 6 | Germany (https://www.census.gov/foreign-trade/balance/c4280.html) | 57.8 | 4.0% |

| Rank | Country | | |
|---|---|---|---|
| 7 | Korea, South (https://www.census.gov/foreign-trade/balance/c5800.html) | 51.2 | 3.6% |
| 8 | Netherlands (https://www.census.gov/foreign-trade/balance/c4210.html) | 45.5 | 3.2% |
| 9 | Brazil (https://www.census.gov/foreign-trade/balance/c3510.html) | 35.0 | 2.4% |
| 10 | Taiwan (https://www.census.gov/foreign-trade/balance/c5830.html) | 30.5 | 2.1% |
| 11 | Belgium (https://www.census.gov/foreign-trade/balance/c4231.html) | 27.6 | 1.9% |
| 12 | India (https://www.census.gov/foreign-trade/balance/c5330.html) | 27.4 | 1.9% |
| 13 | France (https://www.census.gov/foreign-trade/balance/c4279.html) | 27.4 | 1.9% |
| 14 | Singapore (https://www.census.gov/foreign-trade/balance/c5590.html) | 27.1 | 1.9% |
| 15 | Hong Kong (https://www.census.gov/foreign-trade/balance/c5820.html) | 24.0 | 1.7% |

## Year-to-Date Imports

| Rank | Country | Imports | Percent of Total Imports |
|---|---|---|---|
| --- | **Total, All Countries** | **2,336.6** | **100.0%** |
| --- | **Total, Top 15 Countries** | **1,860.2** | **79.6%** |
| 1 | China (https://www.census.gov/foreign-trade/balance/c5700.html) | 435.4 | 18.6% |
| 2 | Mexico (https://www.census.gov/foreign-trade/balance/c2010.html) | 325.4 | 13.9% |
| 3 | Canada (https://www.census.gov/foreign-trade/balance/c1220.html) | 270.4 | 11.6% |
| 4 | Japan (https://www.census.gov/foreign-trade/balance/c5880.html) | 119.5 | 5.1% |
| 5 | Germany (https://www.census.gov/foreign-trade/balance/c4280.html) | 115.1 | 4.9% |
| 6 | Vietnam (https://www.census.gov/foreign-trade/balance/c5520.html) | 79.6 | 3.4% |
| 7 | Korea, South (https://www.census.gov/foreign-trade/balance/c5800.html) | 76.0 | 3.3% |
| 8 | Switzerland (https://www.census.gov/foreign-trade/balance/c4419.html) | 74.8 | 3.2% |
| 9 | Ireland (https://www.census.gov/foreign-trade/balance/c4190.html) | 65.5 | 2.8% |
| 10 | Taiwan (https://www.census.gov/foreign-trade/balance/c5830.html) | 60.4 | 2.6% |
| 11 | India (https://www.census.gov/foreign-trade/balance/c5330.html) | 51.2 | 2.2% |
| 12 | United Kingdom (https://www.census.gov/foreign-trade/balance/c4120.html) | 50.2 | 2.1% |
| 13 | Italy (https://www.census.gov/foreign-trade/balance/c4759.html) | 49.5 | 2.1% |
| 14 | Malaysia (https://www.census.gov/foreign-trade/balance/c5570.html) | 44.2 | 1.9% |
| 15 | France (https://www.census.gov/foreign-trade/balance/c4279.html) | 43.0 | 1.8% |

## Year-to-Date Surpluses

| Rank | Country | Surplus |
|---|---|---|
| 1 | Netherlands (https://www.census.gov/foreign-trade/balance/c4210.html) | 18.1 |
| 2 | Hong Kong (https://www.census.gov/foreign-trade/balance/c5820.html) | 16.1 |
| 3 | Brazil (https://www.census.gov/foreign-trade/balance/c3510.html) | 11.7 |
| 4 | United Arab Emirates (https://www.census.gov/foreign-trade/balance/c5200.html) | 11.7 |
| 5 | Australia (https://www.census.gov/foreign-trade/balance/c6021.html) | 9.1 |
| 6 | United Kingdom (https://www.census.gov/foreign-trade/balance/c4120.html) | 8.8 |
| 7 | Belgium (https://www.census.gov/foreign-trade/balance/c4231.html) | 6.7 |
| 8 | Panama (https://www.census.gov/foreign-trade/balance/c2250.html) | 5.1 |
| 9 | Chile (https://www.census.gov/foreign-trade/balance/c3370.html) | 2.7 |
| 10 | Bahamas (https://www.census.gov/foreign-trade/balance/c2360.html) | 2.6 |
| 11 | Egypt (https://www.census.gov/foreign-trade/balance/c7290.html) | 2.6 |
| 12 | Dominican Republic (https://www.census.gov/foreign-trade/balance/c2470.html) | 2.4 |
| 13 | Qatar (https://www.census.gov/foreign-trade/balance/c5180.html) | 2.2 |
| 14 | Saudi Arabia (https://www.census.gov/foreign-trade/balance/c5170.html) | 2.2 |
| 15 | Peru (https://www.census.gov/foreign-trade/balance/c3330.html) | 2.2 |

## Year-to-Date Deficits

| Rank | Country | Deficit |
|---|---|---|
| 1 | China (https://www.census.gov/foreign-trade/balance/c5700.html) | -310.8 |

| 2 | Mexico (https://www.census.gov/foreign-trade/balance/c2010.html) | -112.7 |
| 3 | Vietnam (https://www.census.gov/foreign-trade/balance/c5520.html) | -69.7 |
| 4 | Germany (https://www.census.gov/foreign-trade/balance/c4280.html) | -57.3 |
| 5 | Switzerland (https://www.census.gov/foreign-trade/balance/c4419.html) | -56.7 |
| 6 | Ireland (https://www.census.gov/foreign-trade/balance/c4190.html) | -55.9 |
| 7 | Japan (https://www.census.gov/foreign-trade/balance/c5880.html) | -55.4 |
| 8 | Malaysia (https://www.census.gov/foreign-trade/balance/c5570.html) | -31.7 |
| 9 | Taiwan (https://www.census.gov/foreign-trade/balance/c5830.html) | -29.9 |
| 10 | Italy (https://www.census.gov/foreign-trade/balance/c4759.html) | -29.5 |
| 11 | Thailand (https://www.census.gov/foreign-trade/balance/c5490.html) | -26.4 |
| 12 | Korea, South (https://www.census.gov/foreign-trade/balance/c5800.html) | -24.8 |
| 13 | India (https://www.census.gov/foreign-trade/balance/c5330.html) | -23.8 |
| 14 | France (https://www.census.gov/foreign-trade/balance/c4279.html) | -15.6 |
| 15 | Canada (https://www.census.gov/foreign-trade/balance/c1220.html) | -15.0 |

**ABOUT US (//www.census.gov/about.html)**

Are You in a Survey? (//www.census.gov/programs-surveys/are-you-in-a-survey.html)

FAQs (//ask.census.gov/)

Director's Corner (//www.census.gov/about/leadership.html)

Regional Offices (//www.census.gov/about/regions.html)

History (//www.census.gov/about/history.html)

Research (//www.census.gov/about/our-research.html)

Scientific Integrity (//www.census.gov/about/policies/quality/scientific_integrity.html)

Census Careers (//www.census.gov/about/census-careers.html)

Diversity @ Census (//www.census.gov/about/diversity-networks.html)

Business Opportunities (//www.census.gov/about/business-opportunities.html)

Congressional and Intergovernmental (//www.census.gov/about/cong-gov-affairs.html)

Contact Us (//www.census.gov/about/contact-us.html)

**FIND DATA**

QuickFacts (//www.census.gov/data/data-tools/quickfacts.html)

American FactFinder (//www.census.gov/data/data-tools/american-factfinder.html)

2010 Census (//www.census.gov/programs-surveys/decennial-census/2010-census.html)

Economic Census (//www.census.gov/programs-surveys/economic-census.html)

Interactive Maps (//www.census.gov/geography/interactive-maps.html)

Training & Workshops (//www.census.gov/data/training-workshops.html)

Data Tools (//www.census.gov/data/data-tools.html)

Developers (//www.census.gov/developers/)

Catalogs (//www.census.gov/data/product-catalog.html)

Publications (//www.census.gov/library/publications.html)

**BUSINESS & INDUSTRY**

Help With Your Forms (//www.census.gov/topics/business-help.html)

Economic Indicators (//www.census.gov/topics/economy/economic-indicators.html)

Economic Census (//www.census.gov/programs-surveys/economic-census.html)

E-Stats (//www.census.gov/programs-surveys/e-stats.html)

International Trade (//www.census.gov/topics/international-trade.html)

Export Codes (//www.census.gov/topics/international-trade/schedule-b.html)

NAICS (//www.census.gov/topics/economy/classification-codes.html)

Governments (//www.census.gov/topics/public-sector.html)

Longitudinal Employer-Household Dynamics (LEHD) (//www.census.gov/topics/employment/led.html)

Survey of Business Owners (//www.census.gov/programs-surveys/sbo.html)

**PEOPLE & HOUSEHOLDS**

2020 Census (//www.census.gov/2020census/)

2010 Census (//www.census.gov/programs-surveys/decennial-census/2010-census.html/)

American Community Survey (//www.census.gov/programs-surveys/acs/)

Income (//www.census.gov/topics/income-poverty/income.html)

Poverty (//www.census.gov/topics/income-poverty/poverty.html)

Population Estimates (//www.census.gov/topics/population/population-estimates.html)

Population Projections (//www.census.gov/topics/population/population-projections.html)

Health Insurance (//www.census.gov/topics/health/health-insurance.html)

Housing (//www.census.gov/topics/housing.html)

International (//www.census.gov/topics/population/international.html)

Genealogy (//www.census.gov/topics/population/genealogy.html)

**SPECIAL TOPICS**

Advisors, Centers and Research Programs (//www.census.gov/about/partners.html)

Statistics in Schools (//www.census.gov/schools/)

Tribal Resources (AIAN) (//www.census.gov/about/cong-gov-affairs/intergovernmental-affairs/tribal-affairs/tribal-resources.html)

Emergency Preparedness (//www.census.gov/topics/preparedness.html)

Statistical Abstract (//www.census.gov/library/publications/time-series/statistical_abstracts.html)

Special Census Program (//www.census.gov/programs-surveys/specialcensus.html)

Data Linkage Infrastructure (//www.census.gov/datalinkage)

Fraudulent Activity & Scams (//www.census.gov/programs-surveys/are-you-in-a-survey/fraudulent-activity-and-scams.html)

USA.gov (//www.usa.gov/)

**NEWSROOM (//www.census.gov/newsroom.html)**

News Releases (//www.census.gov/newsroom/press-releases.html)

Release Schedule (//www.calendarwiz.com/calendars/calendar.php?crd=cens1sample&cid[]=31793)

Facts for Features (//www.census.gov/newsroom/facts-for-features.html)

Stats for Stories (//www.census.gov/newsroom/stories.html)

Blogs (//www.census.gov/about/contact-us/social_media.html)

**CONNECT WITH US (//www.census.gov/about/contact-us/social_media.html)** (//www.facebook.com/uscensusbureau) (//twitter.com/uscensusbureau) (//www.linkedin.com/company/us-census-bureau) (//www.youtube.com/user/uscensusbureau) (//www.instagram.com/uscensusbureau/) (//public.govdelivery.com/accounts/USCENSUS/subscriber/new)

Accessibility (//www.census.gov/about/policies/privacy/privacy-policy.html#par_textimage_1) | Information Quality (//www.census.gov/quality/) | FOIA (//www.census.gov/foia/) | Data Protection and Privacy Policy (//www.census.gov/privacy/) | U.S. Department of Commerce (//www.commerce.gov/)

Source: U.S. Census Bureau | Foreign Trade | ftdwebmaster@census.gov | Last Revised: March 09, 2021