# Exhibit J

South Korea: Fortune 500 leading companies 2019 | Statista

TRY OUR CORPORATE SOLUTION FOR FREE!   📞 (212) 419-8286    ✉ hadley.ward@statista.com

Source: https://www.statista.com/statistics/944811/south-korea-fortune-500-leading-companies/

### Leading South Korean Fortune Global 500 companies 2019, by revenue

Published by Statista Research Department, Mar 5, 2021

This statistic displays the leading South Korean companies on the Fortune Global 500 ranking in 2019, by revenue. That year, the largest South Korean company as measured by revenue was Samsung Electronics with a revenue of about 221.6 billion U.S. dollars, followed by SK Holdings with a revenue of 95.9 billion U.S. dollars.

**Leading South Korean companies on the Fortune Global 500 ranking in 2019, by revenue**

*(in billion U.S. dollars)*



**Details:** South Korea; 2019

© Statista 2021 🏳

Print the statistic including description and metadata.

**Source**
Fortune

**Survey by**
Fortune

**Published by**
Fortune

**Source link**
fortune.com

**Release date**
May 2020