**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
WINFRED WAIRIMU WAMAI, et al.,

                                     Plaintiffs,                    21 **CIVIL** 325 (DLC)

        -against-                                 **JUDGMENT**

INDUSTRIAL BANK OF KOREA,

                                    Defendant.
----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated July 29, 2021, plaintiffs' request to include the Disputed

Provision in the parties' stipulation to litigate in Korea is denied; judgment is entered for IBK,

and this case is closed.

**Dated:**  New York, New York
        July 30, 2021

                                     **RUBY J. KRAJICK**
                             _____
                                    **Clerk of Court**
              **BY:**
                                      **Deputy Clerk**