IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WINFRED WAIRIMU WAMAI,** *et al.*, | ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:21-cv-00325 ) |
| v. | ) ) ) |
| **INDUSTRIAL BANK OF KOREA,** | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order, ECF No. 36, signed by this Court on July 14, 2021, conditionally granting Defendant's Motion to Dismiss under the doctrine o*f forum non conveniens*; the Court's order, ECF No. 39, signed by this Court on July 29, 2021 sustaining Defendants' objection to Plaintiffs proposed conditions for dismissal; the Court's Judgment entered on July 30, 2021, ECF No. 41; and from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Order and Judgment.

Dated: August 9, 2021

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq. (*pro hac vice*)
Kyung Jae Han, Esq.
Jeffrey A. Travers, Esq. (*pro hac vice*)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: 540-672-4224
mmiller@millerfirmllc.com
jtravers@millerfirmllc.com
kjhan@millerfirmllc.com

1

Gavriel Mairone, Esq.
Adora Sauer, Esq. (*pro hac vice to be filed*)
MM~LAW, LLC
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Telephone: (312) 253-7444
Fax: (888) 966-0262
CTlaw@mm-law.com
Adora@mm-law.com

Steven W. Pelak, Esq. (*pro hac vice to be filed*)
Gwen S. Green, Esq. (*pro hac vice to be filed*)
Michael O'Leary, Esq.
HOLLAND & HART, LLP
901 K Street, N.W., 8th Floor Washington, D.C. 20001
Telephone: (202) 654-6929
SWPelak@hollandhart.com
GSGreen@hollandhart.com
MJOLeary@hollandhart.com

Allen L. Rothenberg, Esq.
Harry Rothenberg, Esq.
THE ROTHENBERG LAW FIRM, LLP
1420 Walnut Street
Philadelphia, PA 19102
Telephone: 800-624-8888
allen@injurylawyer.com
harry@injurylawyer.com

Steven R. Perles (No. 326975)
Edward B. MacAllister (No. 494558)
PERLES LAW FIRM, PC
1050 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20036
Tel: 202-955-9055
sperles@perleslaw.com
emacallister@perleslaw.com

*Attorneys for Plaintiffs*